IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLONG VUE, | 1:09-cv-00681-LJO-SMS-P |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO REOPEN CASE<br>(Doc. 14.) |
| FRESNO SUPERIOR COURT, et al., | |
| Defendants. | |
| _____/ | |

**I.     RELEVANT PROCEDURAL HISTORY**

Blong Vue ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action. Plaintiff filed the original complaint on April 1, 2009 at the United States District Court for the Central District of California. The case was transferred to this Court on April 13, 2009.

The Court screened the complaint pursuant to 28 U.S.C. 1915A, and on May 7, 2009, the Magistrate Judge entered findings and recommendations, recommending this case be dismissed for failure to state a claim, without leave to amend. (Doc. 8.) On June 5, 2009, plaintiff filed objections to the findings and recommendations. (Doc. 10.) On June 19, 2009, the District Judge adopted the findings and recommendations and dismissed this case with prejudice, for failure and inability to state a claim under § 1983, and judgment was entered (Docs. 11, 12.) On June 29, 2009, Plaintiff filed a motion to reopen the case. (Doc. 14.) Plaintiff's motion is now before the Court.

1

**II.     MOTION FOR RECONSIDERATION**

Motions to reconsider are committed to the discretion of the trial court.  <u>Combs v. Nick Garin Trucking</u>, 825 F.2d 437, 441 (D.C. Cir. 1987); <u>Rodgers v. Watt</u>, 722 F.2d 456, 460 (9th Cir. 1983) (en banc).  The Local Rules provide that when filing a motion for reconsideration, a party show that the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion."   Local Rule 78-230(k)(3).

Plaintiff's only argument in support of his motion to reopen this case is that he was released on parole and did not received any documents from the Court during the month of June.  The Court's record reflects multiple attempts to serve two documents upon plaintiff during June and July 2009, due to plaintiff's recent change of address.[1]   However, Plaintiff makes no explanation why his failure to receive these documents supports his motion to reopen the case.  Therefore, plaintiff's motion shall be denied.

**III.    CONCLUSION**

Based on the foregoing, the Court finds that plaintiff has not shown good cause or any new or different facts or circumstances to warrant reconsideration by the court of its order dismissing this action.   Therefore, IT IS HEREBY ORDERED that plaintiff's motion to reopen this case is DENIED.

IT IS SO ORDERED.

**Dated:    August 10, 2009**                              **/s/ Lawrence J. O'Neill**
                                                                                        UNITED STATES DISTRICT JUDGE

---

[1] The two documents returned to the Court by the United States Postal Service were (1) the Court's Order Adopting the Findings and Recommendations and Dismissing the Action, filed June 19, 2009, and (2) the Court's Judgment, entered June 19, 2009.  (Docs. 11, 12.)  The Court attempted re-service again at Plaintiff's new address on August 7, 2009.

2